BEATRICE CASSELL, Respondent, Appellant, v. WALTER HAST, Appellant,

Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.